FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03136-ZLW

LORI L. PARK,

Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA, and
J. THOMAS BRADLEY, JR.,

Defendants.

---

ORDER DENYING SECOND MOTION FOR RECONSIDERATION

---

On April 8, 2011, Plaintiff, Lori L. Park, submitted a "Motion in Opposition to Senior Judge's Order Dated March 30, 2011" (Doc. No. 16). The Court must construe the Motion liberally because Ms. Park is proceeding *pro se*. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). For the following reasons, the Court will deny the Motion.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion for reconsideration filed more than twenty-eight days after the final judgment in an action should be considered pursuant to Rule 60(b). ***See Id.*** (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e)

when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)). The Court will consider Ms. Park's motion to reconsider pursuant to Rule 59(e) because the motion was filed within twenty-eight days after the Judgment was entered in this action on March 17, 2011.

This is Ms. Park's second attempt to file a motion for reconsideration in this case. The first motion was denied on March 30, 2011. Ms. Park does not demonstrate some reason why the Court should reconsider and vacate the March 17 order dismissing this action as duplicative of ***Lori L. Park v. TD Ameritrade Trust Company, Inc.*, et al.**, Civil Action No. 10-cv-02599-PAB-KMT. The relief she seeks is available to her in the earlier action. Plaintiff has been granted leave to file an amended complaint in Civil Action No. 10-cv-02599-PAB-KMT to assert all of her Title VII claims against the Defendants. ***See*** April 4, 2011 Minute Order (granting plaintiff until April 22, 2011 to amend her complaint). In addition, all existing deadlines have been vacated in Civil Action No. 10-cv-02599-PAB-KMT and Ms. Park has been granted an extension of time to respond to Defendants' Motion to Dismiss. ***See*** April 6 and April 7, 2011 Minute Orders.

Ms. Park appears to assert that reconsideration is warranted because Magistrate Judge Boyd Boland "orchestrated this case dismissal . . . out of spite, malice, and because Plaintiff turned him in to U.S. Congress Members December 2010. . . for denying a *pro se* litigant the right to be heard. . . ." Motion at 7. However, "unsupported, irrational or highly tenuous speculation" concerning judicial bias cannot suffice to establish clear error or manifest injustice justifying reconsideration of the March 17 order to dismiss this action. ***Hinman v. Rogers***, 831 F.2d 937, 939 (10th

Cir.1987); ***see also Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (setting forth grounds for reconsideration). Accordingly, it is

ORDERED that the "Motion in Opposition to Senior Judge's Order Dated March 30, 2011," (Doc. No. 16), which the Court construes liberally as a second motion for reconsideration filed pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this 13th day of April, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03136-BNB

Lori L. Park
1120 32nd Street - Unit 101
Denver, CO 80205

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 13, 2011.

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk